IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL LOUIS OVERTON,<br><br>          Plaintiff,<br><br>     vs.<br><br>MICHELLE OBAMA;<br>ATASCADERO STATE HOSPITAL<br>DIRECTOR; UNIT III CHIEF<br>MEDICAL OFFICER; DIRECTOR<br>FORENSIC PSYCHOLOGY,<br><br>          Defendants.<br>_____ / | No. C 12-3311 WHA (PR)<br><br>**ORDER OF TRANSFER** |

    This is a civil rights case brought pro se by a state prisoner incarcerated at the Atascadero State Hospital. He seeks a return of assets allegedly stolen from him at Atascadero State Hospital. Atascadero is located within the venue of the United States District Court for the Eastern District of California. Venue for this case is therefore proper in the Eastern District. *See* 28 U.S.C. 1391. Accordingly, and in the interests of justice, this case is **TRANSFERRED** to the United States District Court for the Eastern District of California. *See* 28 U.S.C. 1404(a), 1406(a). The clerk shall transfer this matter forthwith.

    **IT IS SO ORDERED.**

Dated: July    2   , 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

G:\PRO-SE\WHA\CR.12\OVERTON3311.TRN.wpd