IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MICHAEL LOUIS OVERTON,

    Plaintiff,

vs.

MICHELLE OBAMA; ATASCADERO STATE HOSPITAL DIRECTOR; UNIT III CHIEF MEDICAL OFFICER; DIRECTOR FORENSIC PSYCHOLOGY,

    Defendants.

No. C 12-3311 WHA (PR)

**AMENDED ORDER OF TRANSFER; VACATING ORDER OF JULY 2, 2012**

    This is a civil rights case brought pro se by a state prisoner incarcerated at the Atascadero State Hospital. He seeks a return of assets allegedly stolen from him at Atascadero State Hospital. The case was ordered transferred for venue reasons to the United States District Court for the Eastern District of California. *See* 28 U.S.C. 1391, 1404(a), 1406(a). Atascadero actually is located within the venue of the Central District, not the Eastern District. *See* 28 U.S.C. 84. Venue for this case is therefore proper in the Central District and, in the interests of justice, this case is **TRANSFERRED** to the United States District Court for the Central District of California. The order transferring this case to the Eastern District, dated July 2, 2012, is **VACATED.**

    **IT IS SO ORDERED.**

Dated: July  9  , 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

G:\PRO-SE\WHA\CR.12\OVERTON3311.TRN.wpd